## A. L. HOWARD v. THE STATE.

No. 3471. Decided March 17, 1915.

**Theft of Automobile—Value—Misdemeanor.**

Where defendant was charged by indictment with theft of an automobile of the value of $300 and sentenced to the penitentiary, in the District Court, the cause must be reversed and remanded, as, under the recent Act of the Legislature, theft of an automobile is made a misdemeanor. Following Sparks v. State, recently decided.

Appeal from the Criminal District Court of Dallas. Tried below before the Hon. Robt. B. Seay.

Appeal from a conviction of the theft of an automobile valued at $300; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*J. T. Hightower,* for appellant.—Cited cases in opinion.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was charged by indictment with theft of an automobile of the value of $300. He was tried in the District Court and given two years in the penitentiary.

Under the recent Act of the Legislature theft of an automobile is made a misdemeanor. This matter was reviewed in the recent case of Sparks v. State, from Clay County, in an opinion by Judge Harper. Under the authority of that case this judgment will be reversed and the cause remanded.

*Reversed and remanded.*